446 F.2d 897
 4 Fair Empl.Prac.Cas. 921, 4 Empl. Prac. Dec. P 7786
Mrs. Judith B. EMORY, Plaintiff-Appellant,
v.
GEORGIA HOSPITAL SERVICE ASSOCIATION, Inc., etc., Defendant-Appellee.
No. 71-2033 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of N.Y. et al., 431 F.2d 409, Part I
(5th Cir. 1970).
 United States Court of Appeals, Fifth Circuit.
 Aug. 20, 1971.
 
 Howard Moore, Jr., Peter E. Rindskopf, Atlanta, Ga., for plaintiff-appellant.
 Howell Hollis, Columbus, Ga., for defendant-appellee; Hatcher, Stubbs, Land, Hollis & Rothschild, Columbus, Ga., of counsel.
 Appeal from United States District Court, Middle District of Georgia; J. Robert Elliott, District Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)